IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHRISTOPHER GARCIA,

       Petitioner,                    No. 2: 12-cv-1993 GGH P

   vs.

M. BITER,

       Respondent.         ORDER

_____/

       Pursuant to the order, filed on August 17, 2012, petitioner was directed, inter alia, either to submit the appropriate in forma pauperis affidavit or to pay the required $ 5.00 filing fee within thirty days. See 28 U.S.C. §§ 1914(a); 1915(a). Court records indicate that, as of August 30, 2012, petitioner has paid the filing fee.

       Accordingly, IT IS ORDERED that petitioner has discharged his filing fee obligation, pursuant to 28 U.S.C. § 1914(a).

DATED: September 20, 2012

                              /s/ Gregory G. Hollows
                       UNITED STATES MAGISTRATE JUDGE

GGH:009
garc1993.ord